# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONNY BAUER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-549** |
| **PHILIP GATTUSO, ET AL.** | **SECTION: D (4)** |

## ORDER AND REASONS

The Court, having considered Plaintiff Tonny Bauer's 42 U.S.C. § 1983 Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Tonny Bauer's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims alleged in his Complaint[5] against Defendants, Philip Gattuso, Darrel Carbo, Theresa Carbo, Christian Reine, Lester Hamlin, Craig Miller, Katina Price, Sandy Zara, Vickie Delise, and David Motter are **DISMISSED with prejudice,** pursuant to 28 U.S.C. §§ 1915(e), 1915A and 42 U.S.C. § 1997e(c) as frivolous and for failing to state a claim

---

[1] R. Doc. 4.
[2] R. Doc. 11.
[3] Objections were due January 23, 2023. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).
[5] R. Doc. 4.

upon which relief may be granted, for the reasons stated in the Report and Recommendation.

New Orleans, Louisiana, February 6, 2023.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Judge**